B21 (Official Form 21) (12/12)

**Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.**

United States Bankruptcy Court
**Southern District of Indiana**

In re: **Rains, Sheri Lucille**                    ,
[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]

Case No. _____

Chapter **13** _____

Debtor

Address: **109 Willow Ct**
**Brazil, IN  47834**

Employer's Tax Identification (EIN) No(s). [if any]: _____

Last four digits of Social-Security or Individual Tax-
Payer-Identification (ITIN) No(s).,(if any): **2724** _____

### STATEMENT OF SOCIAL SECURITY NUMBER(S)
*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))\**

1. Name of Debtor (Last, First, Middle): **Rains, Sheri Lucille**
*(Check the appropriate box and, if applicable, provide the required information.)*

☑ Debtor has a Social-Security Number and it is: **3 0 7 - 9 8 - 2 7 2 4**
        *(If more than one, state all.)*

☐ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is:
        ___ ___ ___ - ___ ___ - ___ ___ ___ ___
        *(If more than one, state all.)*

☐ Debtor does not have a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle): _____
*(Check the appropriate box and, if applicable, provide the required information.)*

☐ Joint Debtor has a Social-Security Number and it is: ___ ___ ___ - ___ ___ - ___ ___ ___ ___
        *(If more than one, state all.)*

☐ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is:
        ___ ___ ___ - ___ ___ - ___ ___ ___ ___
        *(If more than one, state all.)*

☐ Joint Debtor does not have a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.


X   *Sheri Rains*                                         March 12, 2013
    Signature of Debtor                                   Date


X   _____                                  _____
    Signature of Joint Debtor                             Date

\* *Joint debtors must provide information for both spouses.*
Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.