UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
921 Ohio St., Rm. 104
Terre Haute, IN 47807

SF13210 (rev 09/2012)

In re:

**Sheri Lucille Rains**,
SSN: xxx–xx–2724      EIN: NA
   109 Willow Ct
   Brazil, IN 47834
      Debtor(s).

Case No. **13–80258–FJO–13**

# NOTICE OF FILING OF CHAPTER 13 PLAN

A(n) Chapter 13 Plan was filed on March 14, 2013, by Debtor Sheri Lucille Rains. A copy of this document is attached.

NOTICE IS GIVEN that any objection to the Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by April 15, 2013, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  March 18, 2013

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court